UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12590DPW

| | |
|---|---|
| WOOD DEVELOPMENT, LLP, | ) |
|     PLAINTIFF, | ) |
| | ) |
| V. | ) |
| | ) |
| PHILADELPHIA INDEMNITY | ) |
| INSURANCE CO., | ) |
|     DEFENDANT. | ) |

## NOTICE OF APPEARANCE

Please enter my Appearance on behalf of the Defendant Philadelphia Indemnity Insurance Company in the above-captioned matter.

PHILADELPHIA INDEMNITY
INSURANCE CO.,
By its Attorney,

Robert J. Murphy, BBO# 363760
Murphy & Riley, P.C.
141 Tremont Street
Boston, MA 02111
(617) 423-3700