UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12590DPW

WOOD DEVELOPMENT, LLP, )
    PLAINTIFF, )
  )
V. )
  )
PHILADELPHIA INDEMNITY )
INSURANCE CO., )
    DEFENDANT. )

## ASSENTED TO MOTION OF DEFENDANT PHILADELPHIA INDEMNITY INSURANCE CO. TO EXTEND THE TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT

The Defendant hereby moves that the time within which it may answer or otherwise respond to Plaintiff's Complaint be extended up to and including March 25, 2005.

The Plaintiff assents to allowance of this Motion by its attorney.

ASSENTED TO:

_____
Michael W. Reilly, BBO#475900
Tommasino & Tommasino
2 Center Plaza
Boston, MA 02108
(617) 723-1720

Philadelphia Indemnity Insurance Co.
By its Attorney:

_____
Robert J. Murphy, BBO# 363760
Murphy & Riley, P.C.
141 Tremont Street
Boston, MA 02111
(617) 423-3700