UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12590DPW

Wood Development, LLP,  )
    Plaintiff,  )
  )
v.  )
  )
Philadelphia Indemnity Insurance Co.,  )
    Defendant.

## ANSWER TO PLAINTIFF'S COMPLAINT AND JURY DEMAND

I.   Jurisdiction

As the contents of the Jurisdiction section of the Plaintiff's Complaint call for legal conclusion, the Defendant responds that no answer is required. To the extent an answer to this section is required, Defendant is without sufficient information to admit or deny the material allegations contained in the Jurisdiction section I of Plaintiff's Complaint.

II.   Parties

1. Defendant is without sufficient information to admit or deny the material allegations contained in Paragraph 1 of Plaintiff's Complaint.

2. Defendant admits the allegations contained in Paragraph 2 of Plaintiff's Complaint.

III.   Allegations

3. Defendant is without sufficient information to admit or deny the material allegations contained in Paragraph 3 of Plaintiff's Complaint.

4. Defendant is without sufficient information to admit or deny the material allegations contained in Paragraph 4 of Plaintiff's Complaint.

5. Defendant admits that it issued a Policy, No. PHI-PHPK052406, with the stated policy from June 10, 2003 to June 10, 2004 to Martin Wood. No answer is required to the remaining allegations contained in Paragraph 5 of Plaintiff's Complaint as the policy speaks for itself. Defendant further admits that the policy identified 45 North Main Street, Fall River, Massachusetts as a covered property, pursuant to the terms and conditions of the policy.

6. Defendant is without sufficient information to admit or deny the material allegations contained in Paragraph 6 of the Plaintiff's Complaint.

7. Defendant is without sufficient information to admit or deny the material allegations contained in Paragraph 7 of the Plaintiff's Complaint.

8. Defendant is without sufficient information to admit or deny the material allegations contained in Paragraph 8 of the Plaintiff's Complaint.

9. Defendant denies the allegations contained in Paragraph 9 of Plaintiff's Complaint.

10. Defendant denies the allegations contained in Paragraph 10 of Plaintiff's Complaint.

11. Defendant denies the allegations contained in Paragraph 11 of Plaintiff's Complaint.

12. Defendant admits that correspondence was sent by Wood to Philadelphia on or about May 3, 2004. Defendant denies remaining allegations contained in Paragraph 12 of Plaintiff's Complaint.

13. Defendant admits that it denied the claim under date of April 30, 2004. Defendant is without sufficient information to admit or deny the remaining allegations contained in Paragraph 13 of Plaintiff's Complaint.

14. Defendant admits that it communicated with Wood on or about June 8, 2004, which letter speaks for itself. Defendant is without sufficient information to admit or deny the remaining allegations contained in Paragraph 14 of Plaintiff's Complaint.

15. Defendant admits the allegations contained in paragraph 15 of Plaintiff's Complaint.

16. Defendant admits the allegations contained in paragraph 16 of Plaintiff's complaint.

17. Defendant denies the allegations contained in Paragraph 17 of Plaintiff's Complaint.

18. Defendant is without sufficient information to admit or deny the material allegations contained in Paragraph 18 of the Plaintiff's Complaint.

19. Defendant denies the allegations contained in Paragraph 19 of Plaintiff's Complaint.

20. Defendant denies the allegations contained in Paragraph 20 of Plaintiff's Complaint.

21. Defendant denies the allegations contained in Paragraph 21 of Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim for which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff has failed to join an indispensable party in violation of FRCP 19 (a) and the action must be dismissed.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the terms and conditions of the policy.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by Plaintiff's failure to comply with its obligations under the policy.

### FIFTH AFFIRMATIVE DEFENSE

The Court lacks jurisdiction over the subject matter of this litigation

### SIXTH AFFIRMATIVE DEFENSE

The plaintiff has failed to comply with the conditions precedent and this claim is not yet ripe for adjudication.

**DEFENDANT DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

Respectfully submitted,
Philadelphia Indemnity Insurance Co.

By its attorneys,

_____
Robert J. Murphy, BBO# 363760
William P. Mekrut, BBO#654350
Murphy & Riley, P.C.
141 Tremont Street
Boston, MA 02111
(617) 423-3700

## CERTIFICATE OF SERVICE

I Hereby Certify That On This Day A True Copy Of The Within Document Was Served Upon The Attorney Of Record For Each Party By Mail/Hand
Dated: _____ 3.25.05