# UNITED STATES OF AMERICA
# DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12590 DPW

|  |  |
|---|---|
| **WOOD DEVELOPMENT, LLP,** | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| **PHILADELPHIA INDEMNITY INSURANCE CO.,** | ) |
| Defendant, | ) |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

**A.    PROPOSED DISCOVERY AND MOTION SCHEDULE**

1.  Interrogatories or Document Requests deemed necessary after the initial disclosures shall be served on the opposing party within 45 days after receiving the initial disclosure.

2.  All depositions are to be completed within 6 months, on or before November 24th, 2005.

3.  The Plaintiff shall identify trial experts and produce expert reports on or before September 24th, 2005.

4.  The Defendant shall identify trial experts and produce expert report on or before November 24th, 2005.

5.  All expert depositions shall take place on or before January 24th, 2006.

6.  Any dispositive motions including Motion for Summary Judgment shall be filed on or before January 24th, 2006.

**B.** **CERTIFICATION OF COUNSEL**

1. Defendant's certification is attached as Exhibit A.

2. Defendant's certification is attached as Exhibit B.

Respectfully submitted,  
Attorney for Plaintiff,

/s/ Michael W. Reilly

Michael W. Reilly, Esq.  
Tommasino & Tommasino  
2 Center Plaza  
Boston, MA  02108  
(617) 723-1720  
BBO# 415900

Respectfully submitted,  
Attorney for Defendant,

/s/ Robert J. Murphy

Robert J. Murphy, Esq.  
Murphy & Riley, P.C.  
141 Tremont Street  
Boston, MA  02111  
(617) 423-3700  
BBO# 363760

# EXHIBIT A

## CERTIFICATION OF COUNSEL

Michael W. Reilly, Counsel for the Plaintiff and Martin M. Wood, Principal of Wood Development certify that we have conferred with the view towards the establishing a budget and cost conducting the full course and vary alternative courses of litigation and have considered the resolution of the litigation through the usable alternative dispute resolution program as outlined in Local Rule 16.4.

_____          _____
Michael W. Reilly                Martin M. Wood

# EXHIBIT B

UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WOOD DEVELOPMENT, LLP,<br>Plaintiff, | )<br>)<br>) |
| V. | ) CIVIL ACTION NO. 04-12590DPW<br>) |
| PHILADELPHIA INDEMNITY<br>INSURANCE CO.,<br>Defendant. | )<br>)<br>)<br>) |

## CERTIFICATION OF COMPLIANCE WITH
## <u>SUPREME JUDICIAL COURT RULE 1:18</u>

The undersigned hereby certify that they have conferred:

    a)    with a view to establishing a budget for the cost of conducting the full course – and various alternative courses – of the litigation; and

    b)    to consider the resolution of the litigation for the use of alternate dispute resolution programs such as those outlined in LR 16.4.

_____
Patricia Delia, Property Claims Specialist
Philadelphia Insurance Company
One Bala Plaza, Suite 100
Bala Cynwyd, PA 19004
1-610-617-7900

_____
Robert J. Murphy, BBO #363760
MURPHY & RILEY, P.C.
141 Tremont Street
Boston, MA 02111
617-423-3700

DATED: April ___, 2005