UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12590DPW

| | |
|---|---|
| WOOD DEVELOPMENT, LLP, <br> PLAINTIFF, | ) <br> ) <br> ) |
| V. | ) <br> ) <br> ) |
| PHILADELPHIA INDEMNITY <br> INSURANCE CO., <br> DEFENDANT. | ) <br> ) <br> ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Defendant Philadelphia Indemnity Insurance Company's parent company is Philadelphia Consolidated Holding Corporation.

PHILADELPHIA INDEMNITY
INSURANCE CO.,
By its Attorney,

Robert J. Murphy, BBO#363760
William P. Mekrut, BBO#654350
Murphy & Riley, P.C.
141 Tremont Street
Boston, MA 02111
(617) 423-3700

6/16/05

### CERTIFICATE OF SERVICE

I Hereby Certify That On This Day
A True Copy Of The Within Document
Was Served Upon The Attorney Of
Record For Each Party By Mail/Hand
Dated: 6/16/05