UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WOOD DEVELOPMENT, LLP,<br>  Plaintiff, | )<br>)<br>) CIVIL ACTION NO. 04-12590DPW |
| V. | )<br>) |
| PHILADELPHIA INDEMNITY<br>INSURANCE CO.,<br>  Defendant. | )<br>)<br>) |

### JOINT MOTION OF ALL PARTIES TO SEVER AND STAY COUNT II OF PLAINTIFF'S COMPLAINT

Now come the parties to the above captioned action and jointly move that the Court, pursuant to Rule 42(b) of the Federal Rules of Civil Procedure, stay all proceedings and discovery on Count II of the Plaintiff's Complaint in this action, which alleges inter alia, unfair and deceptive trade acts or practices pursuant to Mass. Gen. Laws c. 93A. The parties have agreed to stay the proceedings and discovery on Count II of the Plaintiff's Complaint pending the resolution of the underlying insurance contract claim (Count I in the Plaintiff's Complaint). As grounds therefore, the parties have agreed that staying the proceedings and discovery on Count II of the Plaintiff's Complaint would be advantageous to the efficient resolution of the case.

WHEREFORE, the Plaintiff, Wood Development, LLP and the Defendant, Philadelphia Indemnity Insurance Company, hereby respectfully request that this Honorable Court enter an Order to stay the proceedings and discovery on Count II of the Plaintiff's Complaint pending resolution of the underlying insurance contract claim (Count I).

| PLAINTIFF,<br>By its Attorney, | DEFENDANT,<br>By its Attorneys, |
|---|---|
| /s/ Michael W. Reilly (w/permission) | /s/ William P. Mekrut |
| Michael W. Reilly BBO# 415900<br>Tommasino & Tommasino<br>2 Center Plaza<br>Boston, MA 02108<br>617-723-1720 | Robert J. Murphy, BBO# 363760<br>William P. Mekrut, BBO#654350<br>Murphy & Riley, P.C.<br>141 Tremont Street<br>Boston, MA 02111<br>(617) 423-3700 |

DATED: June 23, 2005

**CERTIFICATE OF SERVICE**

I Hereby Certify That On This Day A True Copy Of The Within Document Was Served Upon The Attorney Of Record For Each Party By (Mail)/Hand

Dated: 6.23.05   /s/ W. Mekrut