UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12590 DPW

|  |  |
|---|---|
| **WOOD DEVELOPMENT, LLP**, <br> Plaintiff, <br> <br> v. <br> <br> **PHILADELPHIA INDEMNITY INSURANCE CO.**, <br> Defendant, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STATUS REPORT

The parties have exchanged the required disclosures pursuant to Fed.R.Civ.P. 26.

The parties have filed a Joint Motion to bifurcate the insurance coverage claim from the 93A claim. The motion has not been acted on by the court.

A deposition of a third party witness was scheduled. The party failed to appear. Plaintiff's counsel is determining whether good services was made and what remedies to pursue.

| Respectfully submitted, | Respectfully submitted, |
| Attorney for Plaintiff, | Attorney for Defendant, |
| | |
| /s/ Michael W. Reilly | /s/ William P. Mekrut |
| | |
| Michael W. Reilly, Esq. | William P. Mekrut, Esq. |
| Tommasino & Tommasino | Murphy & Riley, P.C. |
| 2 Center Plaza | 141 Tremont Street |
| Boston, MA  02108 | Boston, MA  02111 |
| (617) 723-1720 | (617) 423-3700 |
| BBO# 415900 | BBO# 654350 |