UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WOOD DEVELOPMENT, LLP,  )  <br>     Plaintiff,  ) <br> ) <br> V.  ) <br> ) <br> PHILADELPHIA INDEMNITY  ) <br> INSURANCE CO.,  ) <br>     Defendant.  ) | CIVIL ACTION NO. 04-12590DPW |

**JOINT MOTION OF ALL PARTIES TO EXEND DEADLINE FOR FILING OF MOTIONS FOR SUMMARY JUDGMENT**

Now come the parties to the above captioned action and jointly move this Honorable Court to extend the deadline for the filing of Motions for Summary Judgment to January 31, 2006 with responses to be filed within fourteen calendar days thereafter pursuant to Local Rule 7.1.

By Scheduling Order dated May 31, 2005, this Court established the deadline for the filing of Motions for Summary Judgment as December 16, 2005. The parties have since proceeded expeditiously with discovery. However, the parties have been unable to complete the previously scheduled depositions of Wilson Credit, LLC, Jeffrey Schreiber or Suzanne Schreiber due to scheduling conflicts or inability to obtain proper service of deposition subpoenas. These depositions are necessary to the understanding of this contractual dispute and will be completed by January 15, 2006. Further, as this action involves a contractual dispute, it may be amenable to disposition through the summary judgment process and the extension of the deadline is warranted in the interests of justice and the efficient use of judicial resources.

WHEREFORE, the Plaintiff, Wood Development, LLP and the Defendant, Philadelphia Indemnity Insurance Company, hereby respectfully request that this Honorable Court enter an Order extending the deadline for the filing of Motions for Summary Judgment to January 31, 2006 with responses to be filed within fourteen calendar days thereafter pursuant to Local Rule 7.1.

| | |
|---|---|
| **PLAINTIFF,** | **DEFENDANT,** |
| By its Attorney, | By its Attorneys, |
| | |
| | /s/ Robert J. Murphy |
| /s/ Michael W. Reilly | |
| | /s/ Joel D. Hillygus |
| | |
| Michael W. Reilly BBO# 415900 | Robert J. Murphy, BBO# 363760 |
| Tommasino & Tommasino | Joel D. Hillygus, BBO#657119 |
| 2 Center Plaza | Murphy & Riley, P.C. |
| Boston, MA  02108 | 141 Tremont Street |
| 617-723-1720 | Boston, MA  02111 |
| | (617) 423-3700 |

**DATED:  December 15, 2005**

2