UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **WOOD DEVELOPMENT, LLP,**<br>    Plaintiff,<br><br>v.<br><br>**PHILADELPHIA INDEMNITY**<br>**INSURANCE CO.,**<br>    Defendant. | )<br>)<br>)   CIVIL ACTION NO. 04-12590DPW<br>)<br>)<br>)<br>)<br>)<br>) |

### ASSENTED TO MOTION TO EXTEND TIME FOR
### FILING OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Now comes the Plaintiff Wood Development, LLP and moves this court to extend the time for responding to the Defendant's Motion for Summary Judgment to February 27, 2006. In support thereof, the Plaintiff says:

1.  Both parties have attempted to depose Patrick Wilson, who is the principal of Wilson Credit. Wilson Credit was the tenant in the space where this property loss occurred. Mr. Wilson has been difficult to locate and has not responded to subpoenas. Plaintiff is now satisfied that he has served Mr. Wilson at his proper address. The deposition is scheduled for February 13, 2006.

2.  The deposition of Patrick Wilson is likely to be relevant to the issues raised in the Defendant's Motion for Summary Judgment.

3.  The Defendant has assented to extending time for filing opposition to the Motion for Summary Judgment until two weeks after the deposition of Mr. Wilson, i.e. February 27, 2006.

Wherefore the Plaintiff moves this court to extend the time for filing opposition to the Defendant's Motion for Summary Judgment to February 27, 2006.

        Respectfully submitted,
        The Plaintiff, Wood Development, LLP
        By its attorney,

        /s/ Michael W. Reilly

        Michael W. Reilly, Esq.
        BBO# 415900
        Tommasino & Tommasino
        2 Center Plaza
        Boston, MA   02108
        (617) 723-1720

Assented to:

/s/ Joel D. Hillygus

Joel D. Hillygus, Esq.
BBO # 657119
Murphy & Riley, P.C.
141 Tremont Street
Boston, MA 02111
(617) 423-3700