DRAFT

UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WOOD DEVELOPMENT, LLP,<br>Plaintiff,<br><br>V.<br><br>PHILADELPHIA INDEMNITY<br>INSURANCE CO.,<br>Defendant. | )<br>)<br>)   CIVIL ACTION NO. 04-12590DPW<br>)<br>)<br>)<br>)<br>) |

### JOINT STATUS REPORT

The parties have completed discovery with the following exception: The parties have been seeking, for a considerable period of time, to obtain the deposition of Patrick Wilson, the principal of the tenant in the property at issue in this case. Plaintiff scheduled a deposition for February 13, 2006. Mr. Wilson failed to appear, but the deposition will proceed on March 1, 2006.

By agreement of the parties and with permission from the Court, the parties have agreed to stay substantive discovery on Count II (Violation of M.G.L. c. 93A) pending outcome of Count I (Breach of Contract).

Defendant has filed a Motion for Summary Judgment. The opposition to the Motion for Summary Judgment is due on February 27, 2006.

Expert disclosures have been exchanged. The parties have agreed to defer designation of experts in the field of property management until resolution of the Motion for Summary Judgment.

Respectfully submitted,
Attorney for Plaintiff,

*Michael Reilly* (by JDH)
Michael W. Reilly, Esq.
BBO# 415900
Tommasino & Tommasino
2 Center Plaza
Boston, MA  02108
(617) 723-1720

Respectfully submitted,
Attorneys for Defendant,

Robert J. Murphy, Esq.
BBO #363760
Joel D. Hillygus, Esq.
BBO #657119
Murphy & Riley, P.C.
141 Tremont Street
Boston, MA  02111
(617) 423-3700