UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  04-12590 DPW

|  |  |
|---|---|
| WOOD DEVELOPMENT, LLP,<br>    Plaintiff,<br><br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCE CO.,<br>    Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

STIPULATION OF DISMISSAL

NOW COME the parties and pursuant to Federal Rule of Civil Procedure 41(a) hereby stipulate to the dismissal of said action, with prejudice and without cost to either party.

Respectfully submitted,
Attorney for Plaintiff,

_____
Michael W. Reilly, Esq.
Tommasino & Tommasino
2 Center Plaza
Boston, MA  02108
(617) 723-1720
BBO# 415900

Respectfully submitted,
Attorney for Defendant,

_____
Robert J. Murphy, Esq.
Murphy & Riley, P.C.
141 Tremont Street
Boston, MA 02111
617-423-3700
BBO# 363760